IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SLAWOMIR WALASZEK,

    Plaintiff,

vs.                                                   No. 2:13-cv-00045-KJG-CG

BRASWELL MOTOR CARRIERS, INC.
and RAMON GARCIA,

    Defendants.

## STIPULATION OF DISMISSAL

COME NOW the parties to the above-styled and numbered cause of action, by and through their attorneys of record, and stipulate and agree, pursuant to Rule 41 (a) (1), that this cause of action may be dismissed with prejudice.

                                      Respectfully submitted:

                                      POTTS & ASSOCIATES

                                      By: _____
                                      Amy L. Glasser
                                      6001 Indian School Rd. NE, Suite 100
                                      Albuquerque, NM 87110
                                      Telephone: (505) 889-5252
                                      *Attorney for Defendants*

                                      BARBER & BORG, LLC

By: _____
     Paul D. Barber
     3816 Carlisle Blvd. NE, Suite C
     Albuquerque, NM 87107
     Telephone: (505) 884-0004
     *Attorney for Plaintiff*